UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARISA BELTRAN HOOKER,

    Plaintiff,

v.

**JUDGMENT**

No. 5:15-CV-478-FL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which plaintiff timely filed objections.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 16, 2016, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted.

**This Judgment Filed and Entered on September 16, 2016, and Copies To:**

Brian M. Ricci (via CM/ECF Notice of Electronic Filing)
Jeanette M. Mandycz (via CM/ECF Notice of Electronic Filing)

September 16, 2016
                          JULIE RICHARDS JOHNSTON, CLERK
                            /s/ Susan Tripp
                          (By) Susan Tripp, Deputy Clerk